IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON LACY                                                    PETITIONER

v.                          No. 5:19-cv-95-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                                RESPONDENT

## ORDER

With the Court's permission, Payne filed under seal the state-court records as Exhibits E, F, and G to his response. № 10 & № 11. Payne also provided the Court with a courtesy paper copy. Because these exhibits are so voluminous, the Court would appreciate an electronic copy as well. The Court directs Payne to submit it to chambers by 23 January 2020.

So Ordered.

D.P. Marshall Jr.
United States District Judge

9 January 2020

---

* Dexter Payne is the current Director of the Arkansas Division of Correction. The Court directs the Clerk to update the docket. FED. R. CIV. P. 25(d).