IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRANDON LACY**                                                      **PETITIONER**

v.                  No. 5:19-cv-95-DPM

**DEXTER PAYNE**, Director,
**Arkansas Division of Correction**                         **RESPONDENT**

## JUDGMENT

Lacy's petition for a writ of *habeas corpus* is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023