IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

BRANDON LACY                                                    PLAINTIFF

v.                              No. 5:19-cv-95-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 DEFENDANT


BENTON COUNTY PROSECUTING
ATTORNEY'S OFFICE                                               MOVANT

v.                              No. 4:24-mc-13-DPM

BRANDON LACY                                                    DEFENDANT

## ORDER

Unopposed motions, *Doc. 67* in Case No. 5:19-cv-95 and *Doc. 7* in Case No. 4:24-mc-13, granted. The cases are consolidated. Fed. R. Civ. P. 42(a)(2). Case No. 5:19-cv-95 is the lead case. All future filings must be made under that docket number. The Court directs the Clerk to duplicate all filings in Case No. 4:24-mc-13 to Case No. 5:19-cv-95. And the Court directs the Clerk to close Case No. 4:24-mc-13.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2024