IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRANDON LACY**                                                             PETITIONER

v.                           No. 5:19-cv-95-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                RESPONDENT

ORDER

Payne's motion, *Doc. 90*, is denied. Lacy's supplemental brief, *No. 89*, doesn't exceed the twenty-page limit imposed by the Court's order, *Doc. 81*. The Court will take up the parties' supplemental arguments in due course. The Court has been clear about the arguments that will be considered; Payne should structure his responding brief accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 May 2025