IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON LACY                                                                PLAINTIFF

v.                              No. 5:19-cv-95-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                        DEFENDANT

## ORDER

Director Payne's motion to amend, *Doc. 94*, granted as modified. The Court's briefing schedule and page limits are modified as follows.

   20 June 2025 –   BCPO's Disclosure Deadline

   7 July 2025 –    Lacy's Supplemental Brief (10 pages)

   28 July 2025 –   Payne's Response (40 pages)

   4 August 2025 –  Lacy's Reply (10 pages)

The Benton County Prosecutor's Office shall not withhold any documents based on the fact that identical copies were previously produced. Lacy's motion to compel, *Doc. 95*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2025