IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON LACY                                                                PLAINTIFF

v.                                  No. 5:19-cv-95-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                            DEFENDANT

ORDER

Unopposed motion, *Doc. 99*, granted as modified. The Court understands that Lacy may electronically file his supplemental brief on the Sunday before counsel goes on leave. But the Court will set his deadline on a day the Court is open. That's the modification.

The briefing schedule is modified as follows.

    **21 July 2025** –   Lacy's Supplemental Brief (10 pages)

    **11 August 2025** – Payne's Response (40 pages)

    **18 August 2025** – Lacy's Reply (10 pages)

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2025