IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON LACY                                                    PETITIONER

v.                            No. 5:19-cv-95-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

## ORDER

In each of its Orders, the Court did the best it could to state, as clearly as it could, its conclusions and the reasons for each conclusion. The Court stands on its prior rulings. Lacy's motion to clarify, *Doc. 111*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2026